PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Mary K. Barber  Case Number: 3:07-00119-01

Name of Judicial Officer: The Honorable Aleta A. Trauger, U. S. District Judge

Date of Original Sentence: October 15, 2007

Original Offense: Ct. 1: 18 U.S.C. § 1344, Bank Fraud; Ct. 2: 26 U.S.C. § 7201, Income Tax Evasion

Original Sentence: Thirty months' incarceration followed by a five-year term of supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: December 17, 2009

Assistant U.S. Attorney: Eli Richardson  Defense Attorney: Michael V. Thompson

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this 16th day of Sept., 2014,
and made a part of the records in the above case.

U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date   September 16, 2014

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall pay restitution in the amount of $296,204.55, and unpaid taxes of $64,342, at a minimum monthly rate of 10% of gross income:**

   Mrs. Barber has made her monthly payments as ordered by the Court.

**Compliance with Supervision Conditions and Prior Interventions:**

Mary K. Barber has paid $6,689 in restitution. Her term of supervised release is set to expire on December 16, 2014.

**U.S. Probation Officer Recommendation:**

Mrs. Barber has paid toward her restitution as instructed by the Court. It is recommended she be allowed to terminate from supervision still owing restitution. If she does not continue to make appropriate payments after her supervision expires, the U.S. Attorney's Office may garnish her income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
   Jim Perdue
   Deputy Chief U.S. Probation Officer